1  DANIEL G. BOGDEN
   United States Attorney
2  Nevada State Bar No. 2137
   MICHAEL A. HUMPHREYS
3  Assistant United States Attorney
   Lloyd D. George United States Courthouse
4  333 Las Vegas Boulevard South, Suite 5000
   Las Vegas, Nevada 89101
5  Telephone (702) 388-6336
   Facsimile (702) 388-6787
6  Counsel for the United States of America

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) 2:09-CV-1697-RLH (LRL) |
| $22,038.49 IN UNITED STATES CURRENCY | ) |
| $5,664.61 IN UNITED STATES CURRENCY | ) |
| $2,078.12 IN UNITED STATES CURRENCY | ) |
| Defendants. | ) |

**UNITED STATES' UNOPPOSED MOTION TO CONTINUE THE DATE TO FILE ITS COMPLAINT FOR FORFEITURE *IN REM* IN THE ABOVE-CAPTIONED MATTER**
(Fourth Request)

The United States of America ("United States"), by and through Daniel G. Bogden, United States Attorney for the District of Nevada and Michael A. Humphreys, Assistant United States Attorney, respectfully moves this Court to grant an extension of time, until and including Septemeber 7, 2010, to allow the United States to file its forfeiture complaint against the following allotments of seized cash:

-$22,038.49 in United States Currency;

-$5,664.61 in United States Currency; and

-$2,078.12 in United States Currency.

. . .

1

The Government's Complaint is currently due May 10, 2010. Claimant, Theo Spyer, through his counsel, Lawrence J. Semenza, consents to this motion. Theo Spyer and numerous of his associates have been the focus of a historical state/federal criminal investigation into their activities of alleged unlawful gaming activities in Nevada and elsewhere. Generally speaking, the Government has developed information that Spyer and others were operating an illegal book-making operation from approximately December 2008 through approximately April 2009, all in violation of 18 U.S.C. § 1084 and other federal anti-gambling statutes. A principal situs of that illegal operation was Las Vegas, Nevada.

Spyer is recently aware of that investigation, and, with his counsel, has been engaged in plea negotiations with the Government in an endeavor to complete a universal disposition. Those negotiations continue. In the meantime, the Government has a deadline, under the strictures of 18 U.S.C. § 983 (a)(3)(A), to file its forfeiture complaint, regarding the above-captioned allotments of currency, no later than May 10, 2010.

The afore-referenced plea negotiations will not be complete by the time the Government is required to file its complaint.

The Government, herewith, petitions this Court to extend the time for the Government to file its civil complaint in the above-captioned matter, to facilitate a possible, if not likely, universal plea disposition.

Under 18 U.S.C. § 983(a)(3)(A), which states:

> [T]he Government shall file a complaint for forfeiture in the manner set forth in the Supplemental Rules for Certain Admiralty and Maritime Claims . . . , a court in the district in which a complaint will be filed may extend the period for filing a complaint for good cause shown or *upon agreement of the parties*. (emphasis added)

A district court has the authority under § 983(a)(3)(A) to extend the period for filing a Civil Complaint For Forfeiture In Rem.

On May 6, 2010, Spyer's counsel, Lawrence Semenza, agreed to the extension of time and authorized counsel for the United States to file this unopposed motion with this Court. Because the

1  parties have agreed that the Government should be allowed an extension of time to file its *In Rem*
2  Complaint, the Government respectfully ask this Court to grant its motion.
3      This motion is not submitted solely for the purpose of delay or for any other improper
4  purpose.
5      WHEREFORE, pursuant to 18 U.S.C. § 983(a)(3)(A), the United States moves this Court
6  to grant it's motion to extend the time for the United States to file it's civil complaint in the above-
7  captioned matter for an additional 120 days, or until September 7, 2010.
8      DATED this 7th day of May 2010.

          Respectfully submitted,

          DANIEL G. BOGDEN
          United States Attorney

          /s/MichaelA.Humphreys
          MICHAEL A. HUMPHREYS
          Assistant United States Attorney

          IT IS SO ORDERED:

          _____
          UNITED STATES DISTRICT JUDGE
          DATED: May 10, 2010

**PROOF OF SERVICE**

I, Maliece Troth, certify that the following individuals were served with copies of the **UNITED STATES' UNOPPOSED MOTION TO CONTINUE THE DATE TO FILE ITS COMPLAINT FOR FORFEITURE IN REM IN THE ABOVE-CAPTIONED MATTER (Fourth Request)** on May 7, 2010 by the below identified method of service:

**U.S. Mail**
Lawrence J. Semenza
3025 E. Post. St.
Las Vegas, Nv 89120

/s/MalieceTroth
MALIECE TROTH
Forfeiture Support Associates Paralegal