DANIEL G. BOGDEN
United States Attorney
Nevada State Bar No. 2137
MICHAEL A. HUMPHREYS
Assistant United States Attorney
Lloyd D. George United States Courthouse
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Telephone (702) 388-6336
Facsimile (702) 388-6787
Counsel for the United States of America

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>$22,038.49 IN UNITED STATES CURRENCY; )<br>$5,664.61 IN UNITED STATES CURRENCY; )<br>and $2,078.12 IN UNITED STATES )<br>CURRENCY. )<br>)<br>Defendants. ) | 2:09-CV-1697-RLH (LRL) |

**UNITED STATES' UNOPPOSED MOTION TO
CONTINUE THE DATE TO FILE ITS COMPLAINT FOR
FORFEITURE *IN REM* IN THE ABOVE-CAPTIONED MATTER**
**(Fifth Request)**

The United States of America ("United States"), by and through Daniel G. Bogden, United States Attorney for the District of Nevada and Michael A. Humphreys, Assistant United States Attorney, respectfully moves this Court to grant an extension of time, until and including January 5, 2011, to allow the United States to file its forfeiture complaint against the following allotments of seized cash:

-$22,038.49 in United States Currency;

-$5,664.61 in United States Currency; and

-$2,078.12 in United States Currency.

. . .

The Government's Complaint is currently due September 7, 2010. Claimant, Theo Spyer, through his counsel, Lawrence J. Semenza, consents to this motion. Theo Spyer and numerous of his associates have been the focus of a historical state/federal criminal investigation into their activities of alleged unlawful gaming activities in Nevada and elsewhere. Generally speaking, the Government has developed information that Spyer and others were operating an illegal book-making operation from approximately December 2008 through approximately April 2009, all in violation of 18 U.S.C. § 1084 and other federal anti-gambling statutes. A principal situs of that illegal operation was Las Vegas, Nevada.

Spyer is recently aware of that investigation, and, with his counsel, has been engaged in plea negotiations with the Government in an endeavor to complete a universal disposition. Those negotiations continue. In the meantime, the Government has a deadline, under the strictures of 18 U.S.C. § 983 (a)(3)(A), to file its forfeiture complaint, regarding the above-captioned allotments of currency, no later than September 7, 2010.

The afore-referenced plea negotiations will not be complete by the time the Government is required to file its complaint.

The Government, herewith, petitions this Court to extend the time for the Government to file its civil complaint in the above-captioned matter, to facilitate a possible, if not likely, universal plea disposition.

Under 18 U.S.C. § 983(a)(3)(A), which states:

> [T]he Government shall file a complaint for forfeiture in the manner set forth in the Supplemental Rules for Certain Admiralty and Maritime Claims . . . , a court in the district in which a complaint will be filed may extend the period for filing a complaint for good cause shown or *upon agreement of the parties*. (emphasis added)

A district court has the authority under § 983(a)(3)(A) to extend the period for filing a Civil Complaint For Forfeiture In Rem.

On September 2, 2010, Spyer's counsel, Lawrence Semenza, agreed to the extension of time and authorized counsel for the United States to file this unopposed motion with this Court. Because

1 the parties have agreed that the Government should be allowed an extension of time to file its *In
2 Rem* Complaint, the Government respectfully ask this Court to grant its motion.
3     This motion is not submitted solely for the purpose of delay or for any other improper
4 purpose.
5     WHEREFORE, pursuant to 18 U.S.C. § 983(a)(3)(A), the United States moves this Court
6 to grant it's motion to extend the time for the United States to file it's civil complaint in the above-
7 captioned matter for an additional 120 days, or until January 5, 2011.
8     DATED this 2nd day of September, 2010.

    Respectfully submitted,

    DANIEL G. BOGDEN
    United States Attorney

    /s/MichaelA.Humphreys
    MICHAEL A. HUMPHREYS
    Assistant United States Attorney

    IT IS SO ORDERED:

    _____
    UNITED STATES MAGISTRATE JUDGE
    DATED: 9/13/10

1 **PROOF OF SERVICE**

2 I, Alexandra M. McWhorter, certify that the following individuals were served with copies

3 of the **UNITED STATES' UNOPPOSED MOTION TO CONTINUE THE DATE TO FILE**

4 **ITS COMPLAINT FOR FORFEITURE IN REM IN THE ABOVE-CAPTIONED MATTER**

5 **(Fifth Request)** on September 2, 2010 by the below identified method of service:

6     **U.S. Mail**
Lawrence J. Semenza
7     3025 E. Post. St.
Las Vegas, Nv 89120

      /s/AlexandraMMcWhorter
    ALEXANDRA M. MCWHORTER
    Forfeiture Support Associate Paralegal