1  DANIEL G. BOGDEN
   United States Attorney
2  Nevada State Bar No. 2137
   MICHAEL A. HUMPHREYS
3  Assistant United States Attorney
   Lloyd D. George United States Courthouse
4  333 Las Vegas Boulevard South, Suite 5000
   Las Vegas, Nevada 89101
5  Telephone: (702) 388-6336 Facsimile: (702) 388-6787
   Counsel for Plaintiff
6

7                  **UNITED STATES DISTRICT COURT**
                        **DISTRICT OF NEVADA**
8

   UNITED STATES OF AMERICA,            )
9                                        )
                 Plaintiff,              )
10                                       )
       v.                                )        2:09-CV-1697-RLH (LRL)
11                                       )
   $22,038.49 IN UNITED STATES CURRENCY; )
12 $5,664.61 IN UNITED STATES CURRENCY;  )
   and $2,078.12 IN UNITED STATES        )
13 CURRENCY,                             )
                                         )
14               Defendants.             )

15

16            **UNITED STATES' UNOPPOSED MOTION TO**
        **CONTINUE THE DATE TO FILE ITS COMPLAINT FOR**
17     **FORFEITURE _IN REM_ IN THE ABOVE-CAPTIONED MATTER**
                        **(Seventh Request)**
18

19      The United States of American ("United States"), by and through Daniel G. Bogden, United

20 States Attorney for the District of Nevada and Michael A. Humphreys, Assistant United States

21 Attorney, respectfully move this Court to grant an extension of time, until and including August 5,

22 2011, to allow the United States to files its forfeiture complaint against the following allotments of

   seized cash:
23

24          $22,038.49 in United States Currency;

25          $5,664.61 in United States Currency; and

26          $2,078.12 in United States Currency.

1
2
3
4
5
6
7
8

The Government's Complaint is currently due on May 5, 2011. Claimant, Theo Spyer, through his counsel, Laurence J. Semenza, consents to this motion. Theo Spyer and numerous of his associates have been the focus of a historical state/federal crime investigation into their activities of alleged unlawful gaming activities in Nevada and elsewhere. Generally speaking, the Government has developed information that Spyer and others were operating an illegal book-making operation from approximately December, 2008, through approximately April, 2009, all in violation of 18 United States Code, Section 1084 and other federal anti-gambling statutes. A principal situs of that illegal operation was Las Vegas, Nevada.

9
10
11
12
13

Spyer is recently aware of that investigation, and with his counsel, has been engaged in plea negotiations with the Government in an endeavor to complete a universal disposition. Those negotiations continue. In the meantime, the Government has a deadline, under the strictures of 18 United States Code, Section 983(a)(3)(A), to file its forfeiture complaint, regarding the above-captioned allotments of currency, no later than May 5, 2011.

14
15

The afore-referenced plea negotiations will not be complete by the time the Government is required to file its Complaint.

16
17
18

The Government, herewith, petitions this Court to extend the time for the Government to file its civil complaint in the above-captioned matter, to facilitate a possible, if not likely, universal plea disposition.

19

Under 18 United States Code, Section 983(a)(3)(A):

20
21
22

> [T]he Government shall file a complaint for forfeiture in the manner set forth in the Supplemental Rules for Certain Admiralty and Maritime Claims..., a court in the district in which a complaint will be filed may extend the period for filing a complaint for good cause shown or *upon agreement of the parties*. (Emphasis added.)

23
24

A district court has the authority under Section 983(a)(3)(A) to extend the period for filing a Civil Complaint for Forfeiture In Rem.

25

On May 2, 2011, Spyer's counsel, Lawrence Semenza, agreed to the extension of time and

26

2

authorized counsel for the United States to file this unopposed motion with this Court.  Because the parties have agreed that the Government should be allowed an extension of time to file its *In Rem* Complaint, the Government respectfully asks this Court to grant its motion.

This motion is not submitted solely for the purpose to delay or for any other improper purpose.

WHEREFORE, pursuant to 18 United States Code, Section 983(a)(3)(A), the United States moves this Court to grant its motion to extend the time for the United States to file its civil complaint in the above-captioned matter for an additional 120 days, or until August 5, 2011.

DATED this ___ day of May, 2011.

                                    Respectfully submitted,

                                    DANIEL G. BOGDEN
                                    United States Attorney

                                    /s/Michael A. Humphreys
                                    MICHAEL A. HUMPHREYS

                                    IT IS SO ORDERED:


                                    UNITED STATES MAGISTRATE JUDGE
                                    DATED:      5-4-11

3