# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) 2:09-CV-1697-APG-(VCF) |
| v. | ) |
| | ) |
| $22,038.49 in United States Currency, | ) |
| $5,664.61 in United States Currency, | ) |
| $2,078.12 in United States Currency, and | ) |
| $10,935.71 in United States Currency, | ) |
| | ) |
| Defendants. | ) |

### ORDER FOR SUMMONSES AND WARRANTS OF ARREST IN REM FOR THE PROPERTIES AND NOTICE

A Complaint for Forfeiture in Rem arising from a federal statute has been filed by the United States of America pursuant to Fed. R. Civ. P. Supp. Rule G.  The Court, having reviewed the Complaint, has found probable cause and that the United States has possession of the defendant properties; therefore, the clerk shall issue Summonses and Warrants of Arrest in Rem for each Property, pursuant to Fed. R. Civ. P. Supp. Rule G(3)(b).

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that a Summons and Warrant of Arrest in Rem for the Property issue against the $22,038.49 in United States Currency; $5,664.61 in United States Currency; $2,078.12 in United States Currency; and $10,935.71 in United States Currency ("property");

. . .

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the United States of America seizes, arrests, attaches, takes into custody, and retains the properties;

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that notice of the action and the arrest be given by the United States of America on the United States' official internet forfeiture site, www.forfeiture.gov, for at least 30 consecutive days pursuant to Fed. R. Civ. P. Supp. Rule G(4)(a)(iv);

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that a copy of the Complaint for Forfeiture In Rem, this Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice of Complaint for Forfeiture and Arrest of Property be personally served, or if unable to effect personal service, sent by certified mail, return receipt requested, and regular mail, to all persons claiming an interest in each property;

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the United States of America shall file proof of publication and service with the Clerk of this Court;

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that a person or an entity who asserts an interest in the defendant property must, pursuant to Fed. R. Civ. P. Supp. Rule G(5), file a verified claim setting forth the person's or its interest in the property that (a) identifies the specific interest in the property claimed, (b) identifies the claimant and states the claimant's interest in the property, and (c) is signed by the claimant under penalty of perjury pursuant to 28 U.S.C. § 1746;

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the person or entity must file with the Clerk of the above-entitled Court no later than 35 days after the notice is sent or, if direct notice was not sent, no later than 60 days after the first day of publication on the official internet government forfeiture site, www.forfeiture.gov;

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the person or entity must file an answer to the Complaint for Forfeiture in Rem or a motion under Rule 12 with the Clerk of the Court, Lloyd D. George United States Courthouse, 333 Las Vegas Boulevard South, Las Vegas, NV 89101, no later than 21 days after filing the claim;

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the person or entity must serve a copy of the claim and the answer at the time of each filing on Daniel D. Hollingsworth, Assistant United States Attorney, Lloyd D. George United States Courthouse, 333 Las Vegas Boulevard South, Suite 5000, Las Vegas, Nevada 89101.

Failure to file a verified claim and an answer within the prescribed times shall result in a judgment of forfeiture by default.

DATED this 21st day of May, 2013.

_____
UNITED STATES DISTRICT JUDGE

3